

FILED

DEC - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LB

Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
THOMAS TRENT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS TRENT, | Case No.: **11   5825** |
| Plaintiffs, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| GC SERVICES, LP, | |
| Defendant. | |

*E-filing*

## VERIFIED COMPLAINT

THOMAS TRENT (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against GC SERVICES, LP (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

- 1 -

VERIFIED COMPLAINT

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

6. Plaintiff is a natural person residing in Duncan Mills, Sonoma County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with offices in Houston, Texas.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff at (707) 865-1250 and leaves messages for Plaintiff to call (877) 225-2388 and (904) 306-7416.

13. On or around November 2, 2011, Defendant called Plaintiff and left a voicemail without meaningfully disclosing its identity. (See Exhibit A).

14. On or around November 3, 2011, Defendant again called Plaintiff and left a voicemail without meaningfully disclosing its identity and without disclosing that it is a debt collector. (See Exhibit A).

VERIFIED COMPLAINT

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d(6)* of the FDCPA by placing calls to Plaintiff without meaningfully disclosing its identity.

    b.  Defendant violated *§1692e(11)* of the FDCPA by failing to provide the requisite warnings in its communications with Plaintiff, to wit: "This is an attempt to collect a debt. This communication is from a debt collector."

WHEREFORE, Plaintiff, THOMAS TRENT, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

16. Statutory damages of $1,000.00  pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats and re-alleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant violated the RFDCPA based on the following:

    a.  Defendant violated the *§1788.11* of the RFDCPA by not meaningfully disclosing its identity;

    b.  Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.* to wit: Sections 1692c, 1692d and 1692e.

- 3 -

1      WHEREFORE, THOMAS TRENT, respectfully requests judgment be entered against

2  Defendant, GC SERVICES, LP, for the following:

3      21. Statutory damages of $1,000.00  pursuant to the Rosenthal Fair Debt Collection

4          Practices Act, *Cal. Civ. Code §1788.30(b)*,

5      22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection

6          Practices Act, *Cal. Civ Code § 1788.30(c)*, and

7      23. Any other relief that this Honorable Court deems appropriate.

8                                **DEMAND FOR JURY TRIAL**

9      PLEASE TAKE NOTICE that Plaintiff, THOMAS TRENT, demands a jury trial in this

10 case.

11                               RESPECTFULLY SUBMITTED,

12 DATED:  November 28, 2011                 KROHN & MOSS, LTD.

13

14                                 By:

                                    Nicholas J. Bontrager

15                                     Attorney for Plaintiff

- 4 -

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

     Plaintiff, THOMAS TRENT, states as follows:

1.    I am the Plaintiff in this civil proceeding.
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

    Pursuant to 28 U.S.C. § 1746(2), I, THOMAS TRENT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11/11/11

_Thomas M. Trent_
THOMAS TRENT

- 5 -

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8

**EXHIBIT A**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED COMPLAINT

———

Thursday at 03:58 PM


Hi, this message is for Thomas Trent. _____ this is important
you return the call to 904-306-7416, extension 3014.   It is
important you return my call.