Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
THOMAS TRENT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS TRENT, | ) Case No.: 11-cv-05825-LB |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, THOMAS TRENT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                  Respectfully Submitted,

DATED: January 17, 2012      KROHN & MOSS, LTD.

                                  By: /s/ Nicholas J. Bontrager

                                      Nicholas J. Bontrager
                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2012, the foregoing Notice of Settlement was electronically filed with the Clerk of the Court by using the CM/ECF System. I further certify that on January 16, 2012, this document was served on Brad Batig, counsel for defendant, by way of the electronic mail at brad.batig@gcserv.com .

By:   /s/ Nicholas J. Bontrager

Nicholas J. Bontrager, Esq.