Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
THOMAS TRENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS TRENT, | Case No.: 11-cv-05825-LB |
| Plaintiffs, | |
| v. | VOLUNTARY DISMISSAL |
| GC SERVICES, LP, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, THOMAS TRENT, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 8, 2012                              KROHN & MOSS, LTD.


                                                     By:     /s/ Mahadhi Corzano, Esq.
                                                     Mahadhi Corzano, Esq.
                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that a copy of the foregoing was sent by electronic mail to brad.batig@gcserv.com

By: /s/ Mahadhi Corzano, Esq.

Mahadhi Corzano, Esq